Filed: February 2, 2011

```
              UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT
```

_____

No. 11-1101
(1:10-cv-00796-JCC-TCB)

_____

ASAD SAMMI NIYAZ

Plaintiff - Appellant

v.

BANK OF AMERICA; COUNTRY WIDE HOME LOANS, INCORPORATED, America's Wholesale Lender; BAC HOME LOAN SERVICING LP; RECONSTRUCT COMPANY, N.A., is a wholly-owned subsidiary of Bank of America, N.A.; MERS, Mortgage Electronic Registration Systems; SAMUEL I. WHITE, P.C.; JON DOE, 1 - 100

Defendants - Appellees

_____

NOTICE OF APPELLATE CASE OPENING
_____

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Court Case Number | 1:10-cv-00796-JCC-TCB |
| Date notice of appeal filed in originating court | 01/28/2011 |
| Appellant(s) | Asad Sammi Niyaz |
| Appellate Case Number | 11-1101 |
| Case Manager | RJ Warren<br>804-916-2702 |

The above-captioned case has been opened in this Court.