Filed: February 2, 2011

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

RECORD REQUEST
_____

No. 11-1101,  <u>Asad Niyaz v. Bank of America</u>
1:10-cv-00796-JCC-TCB

TO:  Fernando Galindo

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.


RJ Warren
Deputy Clerk
804-916-2702