Filed: April 6, 2011

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

RESPONSE REQUESTED
_____

No. 11-1101,  Asad Niyaz v. Bank of America
              1:10-cv-00796-JCC-TCB

RESPONSE DUE: April 13, 2011

TO:   Constantinos George Panagopoulos
      Jenelle Marie Dennis

Response is required to the motion for stay or injunction pending appeal. Responses must be filed by the response due date shown in this notice.

Karen Jackson-Walton
Deputy Clerk

cc:  Asad Sammi Niyaz