UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Only one form needs to be completed for a party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case. Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements. Counsel has a continuing duty to update this information.

No. <u>11-1101</u>    Caption: <u>Asad Sammi Niyaz v. Bank of America et al.</u>

Pursuant to FRAP 26.1 and Local Rule 26.1,

<u>Bank of America, N.A.</u> who is <u>Appellee</u>, makes the following disclosure:
(name of party/amicus)    (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity?  [✓] YES [ ] NO
2. Does party/amicus have any parent corporations?  [✓] YES [ ] NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Bank of America Corporation
3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  [✓] YES [ ] NO
   If yes, identify all such owners:
   Bank of America Corporation
4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  [ ] YES [✓] NO
   If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  [ ] YES [✓] NO
   If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  [ ] YES [✓] NO
   If yes, identify any trustee and the members of any creditors' committee:

## CERTIFICATE OF SERVICE
**************************

I certify that on <u>April 13, 2011</u> the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Asad Sammi Niyaz
20278 Glenrobin Terrace
Ashburn, VA 20147

Ronald Guillot
Samuel I. White, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA 23462

_____    04/13/11
(signature)    (date)

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Only one form needs to be completed for a party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case. Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements. Counsel has a continuing duty to update this information.

No. <u>11-1101</u>     Caption: <u>Asad Sammi Niyaz v. Bank of America et al.</u>

Pursuant to FRAP 26.1 and Local Rule 26.1,

<u>Countrywide Home Loans Inc.</u> who is <u>Appellee</u>, makes the following disclosure:
(name of party/amicus)     (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity? [✓] YES [ ] NO
2. Does party/amicus have any parent corporations? [✓] YES [ ] NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Bank of America Corporation
3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? [✓] YES [ ] NO
   If yes, identify all such owners:
   Bank of America Corporation
4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? [ ] YES [✓] NO
   If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) [ ] YES [✓] NO
   If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? [ ] YES [✓] NO
   If yes, identify any trustee and the members of any creditors' committee:

## CERTIFICATE OF SERVICE
**************************

I certify that on <u>April 13, 2011</u> the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Asad Sammi Niyaz
20278 Glenrobin Terrace
Ashburn, VA 20147

Ronald Guillot
Samuel I. White, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA 23462

_____                    04/13/11
(signature)                                  (date)

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Only one form needs to be completed for a party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case. Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements. Counsel has a continuing duty to update this information.

No. __11-1101__    Caption: __Asad Sammi Niyaz v. Bank of America et al.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Mortgage Electronic Registration Systems, Inc.__ who is __Appellee__, makes the following disclosure:
(name of party/amicus)        (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
2. Does party/amicus have any parent corporations?  ☐ YES ☑ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
   If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
   If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
   If yes, identify any trustee and the members of any creditors' committee:

## CERTIFICATE OF SERVICE
**************************

I certify that on __April 13, 2011__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Asad Sammi Niyaz
20278 Glenrobin Terrace
Ashburn, VA 20147

Ronald Guillot
Samuel I. White, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA 23462

_____        04/13/11
(signature)                              (date)

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Only one form needs to be completed for a party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case. Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements. Counsel has a continuing duty to update this information.

No. __11-1101__    Caption: __Asad Sammi Niyaz v. Bank of America et al.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Recontrust Company, N.A.__ who is __Appellee__, makes the following disclosure:
(name of party/amicus)    (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☑ YES ☐ NO
2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Bank of America, N.A.
3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☑ YES ☐ NO
   If yes, identify all such owners:
   Bank of America Corporation
4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☑ NO
   If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
   If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
   If yes, identify any trustee and the members of any creditors' committee:

## CERTIFICATE OF SERVICE
**************************

I certify that on __April 13, 2011__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Asad Sammi Niyaz
20278 Glenrobin Terrace
Ashburn, VA 20147

Ronald Guillot
Samuel I. White, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA 23462

_____    04/13/11
(signature)    (date)

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Only one form needs to be completed for a party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case. Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements. Counsel has a continuing duty to update this information.

No. __11-1101__    Caption: __Asad Sammi Niyaz v. Bank of America et al.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__BAC Home Loans Servicing, LP__ who is __Appellee__, makes the following disclosure:
(name of party/amicus)    (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☑ YES ☐ NO
2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Bank of America, N.A.
3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☑ YES ☐ NO
   If yes, identify all such owners:
   Bank of America Corporation
4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☑ NO
   If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
   If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
   If yes, identify any trustee and the members of any creditors' committee:

## CERTIFICATE OF SERVICE
**************************

I certify that on __April 13, 2011__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Asad Sammi Niyaz
20278 Glenrobin Terrace
Ashburn, VA  20147

Ronald Guillot
Samuel I. White, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA  23462

__/s/ signature__                                    __04/13/11__
(signature)                                          (date)