FILED: April 27, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1101
(1:10-cv-00796-JCC-TCB)
_____

ASAD SAMMI NIYAZ,

  Plaintiff – Appellant,

 v.

BANK OF AMERICA; COUNTRY WIDE HOME LOANS, INCORPORATED, America's Wholesale Lender; BAC HOME LOANS SERVICING, LP; RECONSTRUCT COMPANY, N.A., is a wholly-owned subsidiary of Bank of America, N.A.; MERS, Mortgage Electronic Registration Systems; SAMUEL I. WHITE, P.C.; JON DOE, 1 – 100,

  Defendants – Appellees.

_____

O R D E R
_____

 Upon consideration of the motion for stay or injunction pending appeal, the court grants the motion for a stay of foreclosure proceedings pending appeal.

 Entered at the direction of Senior Judge Hamilton with the concurrence of Judge Gregory and Judge Davis.

              For the Court

              /s/ Patricia S. Connor, Clerk