FILED: September 2, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1101
(1:10-cv-00796-JCC-TCB)
_____

ASAD SAMMI NIYAZ

       Plaintiff - Appellant

v.

BANK OF AMERICA; COUNTRY WIDE HOME LOANS, INCORPORATED, America's Wholesale Lender; BAC HOME LOANS SERVICING, LP; RECONSTRUCT COMPANY, N.A., is a wholly-owned subsidiary of Bank of America, N.A.; MERS, Mortgage Electronic Registration Systems; SAMUEL I. WHITE, P.C.; JON DOE, 1 - 100

       Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 08/11/2011, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*