**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

October 11, 2011
_____

CERTIORARI PETITION RETURNED
_____

No. 11-1101,    <u>Asad Niyaz v. Bank of America</u>
                1:10-cv-00796-JCC-TCB

TO: Appellant

The original of your petition for writ of certiorari is returned so that you can file it directly with the Supreme Court of the United States. You may make payment arrangements for return shipment of the remaining copies to you should you wish to do so. A petition for writ of certiorari must be filed within 90 days of this court's decision or denial of a timely petition for rehearing and must be addressed as follows:

    Clerk, Supreme Court of the United States
    1 First Street, N.E.
    Washington, D.C. 20543-0001

The petition must be accompanied by a $300 docket fee, payable to the Clerk of the United States Supreme Court, or by an application to proceed in forma pauperis. The form and contents of the petition must comply with Rules 12 and 14 of the Rules of the Supreme Court. The Supreme Court Rules are available from the Clerk of the Supreme Court or from **www.supremecourtus.gov**. The record is retained in the lower court pending notification from the Supreme Court that it should be transmitted.

If you should have any questions regarding Supreme Court review, please contact the Clerk's Office for the Supreme Court of the United States at (202) 479-3000.

RJ Warren
Deputy Clerk