# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 1, 2012

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re: Asad Sammi Niyaz
v. Bank of America, et al.
No. 12M10
(Your No. 11-1101)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion to direct the Clerk to file a petition for a writ of certiorari out of time under Rule 14.5 is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk